FILED IN OPEN COURT

APR 29 2021

CHARLES R. DIARD, JR.
CLERK

MDA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIM. NO. 21-00055-CG |
| | * | USAO NO: 19R00501 |
| v. | * | |
| | * | VIOLATIONS: 18 USC § 371 |
| SHERMAN SMITH, GLEN SCOTT, | * | 18 USC § 2314 |
| KENNETH SMITH and KENDRA SMITH | * | 18 USC § 2315 |

## INDICTMENT

**THE GRAND JURY CHARGES**:

### Introduction

1. **SHERMAN SMITH** operated ES Moving Systems and E&S Movers, moving companies that purported to provide moving services for individuals seeking to ship their household goods from one location to another. **SHERMAN SMITH** also used multiple company names as a mover company that purported to provide moving services for individuals seeking to ship their household goods from one location to another.

2. **SHERMAN SMITH**'s moving company E&S Moving Systems did not have authorization from the Federal Motor Carrier Safety Administration (FMCSA) to engage in the transport of household goods since October 29, 2015, nevertheless, would acquire household goods moving jobs through moving brokers. **SHERMAN SMITH**'s moving company Movers United did not have authorization from the FMCSA to engage in the transport of household goods since May 23, 2017, nevertheless, would acquire household goods moving jobs through moving brokers. From at least on or about July 2018, going forward, **SHERMAN SMITH** did not have authorization from the FMCSA to engage in the transport of household goods.

1

Nevertheless, after July 2018, **SHERMAN SMITH** continued to acquire household goods moving jobs through, among other sources, Value Van Lines, Move Forward America, and Elite Moving Services.

3. The FMCSA is an administration within the United States Department of Transportation that is tasked with, among other things, enforcing federal regulations regarding the interstate transportation of household goods by authorized motor carriers. Pursuant to federal regulations, the FMCSA oversees and governs motor carriers' operating authority to transport household goods.

4. Moving brokers, businesses that arrange for the transportation of household goods by an authorized motor carrier, and mover companies, businesses that physically transport household goods, are subject to federal regulation that are enforced by the FMCSA.

## Count One
## Conspiracy
## Title 18, United States Code, Section 371

5. From in or about July 2018 to in or about March 2019, in the Southern District of Alabama, Southern Division, and elsewhere, the defendants,

**SHERMAN SMITH, GLEN SCOTT,
KENNETH SMITH and KENDRA SMITH,**

knowingly and willfully combined, conspired and agreed with each other, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to unlawfully transport, transmit and transfer from one state to another state, stolen goods, wares and merchandise, that is of a value of $5,000 or more, and to receive, possess, conceal, store, barter, sell and dispose of certain stolen goods, wares, and merchandise, to wit, household goods, of a value of $5,000 or more which had crossed a state boundary after being stolen, knowing the

same to have been stolen, in violation of Title 18, United States Code, sections 2314 and 2315.

## Manner and Means

It was further part of the conspiracy that:

6. After being hired to move household goods, defendants **SHERMAN SMITH, GLEN SCOTT, KENNETH SMITH,** and others unknown to the grand jury would and did travel to the victim's residence, load the victim's household goods into a truck under the pretense of providing moving services, and never deliver the household goods to the rightful owner.

7. It was a further part of the conspiracy that defendants **SHERMAN SMITH, GLEN SCOTT, KENNETH SMITH,** and others unknown to the Grand Jury would and did demand payments from the victims at the time the household goods were being picked up.

8. It was a further part of the conspiracy that defendants **SHERMAN SMITH, GLEN SCOTT,** and others unknown to the Grand Jury would and did demand additional payments from the victims for, among other things, purported storage fees.

9. It was a further part of the conspiracy that defendant **SHERMAN SMITH,** when contacted by victims, would and did provide excuses for the failure to deliver the household goods as promised and falsely promise to deliver the household goods at a later date.

10. It was a further part of the conspiracy that defendants **SHERMAN SMITH, GLEN SCOTT,** and **KENNETH SMITH** would and did store the victims' household goods in Mobile, Alabama, rather than deliver them to the victims' new residences as promised.

## Overt Acts

12. In the furtherance of the conspiracy, and to achieve the objects and purposes thereof, **SHERMAN SMITH, GLEN SCOTT, KENNETH SMITH and KENDRA SMITH,** and others unknown to the Grand Jury committed the following overt acts, among others:

13. **SHERMAN SMITH**'s moving company E&S Moving Systems did not have authorization from the FMCSA to engage in the transport of household goods since October 29, 2015, nevertheless, would acquire household goods moving jobs through moving brokers.

14. **SHERMAN SMITH**'s moving company Movers United did not have authorization from the FMCSA to engage in the transport of household goods since May 23, 2017, nevertheless, would acquire household goods moving jobs through moving brokers.

15. From at least on or about July 2018, going forward, **SHERMAN SMITH** did not have authorization from the FMCSA to engage in the transport of household goods. Nevertheless, after July 2018, **SHERMAN SMITH** continued to acquire household goods moving jobs through, among other sources, Value Van Lines, Move Forward America, and Elite Moving Services.

16. On or about December 26, 2018, defendant **SHERMAN SMITH** conveyed to Elite Moving & Storage that he was the owner of Sun City Muscle Movers and induced Elite Moving & Storage to enter into an agreement with **SHERMAN SMITH** to perform three moves of household goods, including those belonging to victim N.C.

17. On or about December 28, 2018, defendants **SHERMAN SMITH**, **GLEN SCOTT**, **KENNETH SMITH,** and others unknown to the Grand Jury, retrieved J.M.'s and G.M.'s household goods from Waverly Hall, Georgia, but never delivered them to Las Vegas, Nevada, as promised.

18. On or about December 28, 2018, defendant **SHERMAN SMITH** demanded more money from G.M. to complete the move of household goods to Las Vegas, Nevada.

19. On or about December 28, 2018, **SHERMAN SMITH** used the business name Motivated Movers while dealing with G.M. and J.M. to perform the move of household goods to

Las Vegas, Nevada.

20. On or about December 28, 2018, defendant **GLEN SCOTT** took $910.00 from J.M. as partial payment for the delivery of household goods to Las Vegas, Nevada, and defendant **GLEN SCOTT** gave the money to defendant **SHERMAN SMITH**.

21. On or about January 8, 2019, defendants **SHERMAN SMITH, GLEN SCOTT, KENNETH SMITH**, and others unknown to the Grand Jury, retrieved N.C.'s household goods from Orlando, Florida, but did not deliver them to Las Vegas, Nevada, as promised.

22. On or about January 8, 2019, defendant **SHERMAN SMITH** told N.C. she would need to pay $1,000 dollars when they arrived to load her household goods on the truck. N.C. paid $1,000.00 cash to defendant **GLEN SCOTT**.

23. In or about February 2019, defendant **SHERMAN SMITH** contacted N.C. demanding money be paid by PayPal and threatening not to deliver N.C.'s household goods.

24. From in or about December 2018 to in or about March 2019, defendants **SHERMAN SMITH, GLEN SCOTT** and **KENNETH SMITH** hid the victims' household goods at the Red Dot storage on Tanner Williams Road in Mobile, Alabama, rather than deliver them to the victims' new residences, as promised.

25. On or about December 6, 2018, defendants **SHERMAN SMITH, KENNETH SMITH,** and **KENDRA SMITH** rented a Penske truck in Montgomery Alabama, for two days using a cash card to limit the amount of funds spent and to prevent tracing the rental back to defendant **SHERMAN SMITH**, ES Moving Systems, and E&S Movers.

All in violation of Title 18, United States Code, Section 371.

## Counts Two and Three
## Interstate Transportation of Stolen Property
## Title 18, United States Code, Sections 2314 and 2

26. The factual allegations in paragraphs One through Five are incorporated herein by reference.

27. On or about the dates set forth for each count below, in the Southern District of Alabama and elsewhere, the defendants,

**SHERMAN SMITH, GLEN SCOTT and KENNETH SMITH,**

aided and abetted by each other and others unknown to the Grand Jury, did unlawfully transport, transmit, and transfer in interstate commerce, as described for each count below, stolen, converted, and fraudulently taken goods, wares and merchandise, that is household goods, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud.

28. The allegations of paragraph 7 of this Indictment are realleged for each of counts 2 and 3 as though fully set forth therein.

| Counts | Victim | Date | From | To |
|---|---|---|---|---|
| 2 | G.M. | December 28, 2018 | Georgia | Alabama |
| 3 | N.C. | January 19, 2019 | Florida | Alabama |

All in violation of Title 18, United States Code, Section 2314 and 2.

## Counts Four and Five
## Possession of Stolen Property
## Title 18, United States Code, Sections 2315 and 2

29. The factual allegations in paragraphs One through Five are incorporated herein by reference.

30. On or about the dates set forth in each count below, in the Southern District of Alabama and elsewhere, the defendants,

**SHERMAN SMITH, GLEN SCOTT and
KENNETH SMITH,**

aided and abetted by each other and others unknown to the grand jury, did unlawfully transport, transmit, and transfer in interstate commerce, as described for each count below, stolen, converted, and fraudulently taken goods, wares and merchandise, that is household goods, of the value of $5,000 and more, knowing the same to have been stolen, converted, and taken by fraud.

| Counts | Victim | Date (on or about) | From | To |
| --- | --- | --- | --- | --- |
| 4 | G.M. | December 28, 2018 | Georgia | Alabama |
| 5 | N.C. | January 19, 2019 | Florida | Alabama |

All in violation of Title 18, United States Code, Section 2314 and 2.

A TRUE BILL

FOREMAN, UNITED STATES GRAND JURY
SOUTHERN DISTRICT OF ALABAMA

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

_____
MICHAEL D. ANDERSON
Assistant United States Attorney

_____
SEAN P. COSTELLO
Chief, Criminal Division                    APRIL 2021